# SEALED



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 661-376-3439. | CASE NO. 1:22-SW-00037 SAB<br><br>SEALING ORDER<br><br>**FILED UNDER SEAL** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Search Warrant and Search Warrant in the above-captioned case, together with the associated Order pursuant to 18 U.S.C. § 2705(b) prohibiting disclosure of the Search Warrant and Order entered thereunder, be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest. The executing agents or officers are permitted to provide a copy of the order to the service provider.

Date: **Jan 24, 2022**

STANLEY A. BOONE
United States Magistrate Judge

ORDER

1